# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00672-CV

## In re Banner Life Insurance Company

## ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

## O R D E R

**PER CURIAM**

Relator Banner Life Insurance Company filed a petition for a writ of mandamus challenging aspects of the district court's October 16, 2013 rulings in cause number B-11-0346-C, *Stephanie Lanford v. Banner Life Insurance Co., Paul Aidala, and Rebecca Aidala*. *See* Tex. R. App. P. 52.1. Banner also filed a motion for emergency stay pending this Court's consideration of the mandamus petition. *See* Tex. R. App. P. 52.10(a).

We grant the motion for emergency stay pending this Court's consideration of the mandamus petition and stay the trial of this matter until further order of this Court. *See* Tex. R. App. P. 52.10(b).

The Court requests that real parties in interest file responses to Banner's petition for writ of mandamus on or before Monday, October 28, 2013. *See* Tex. R. App. P. 52.8(b)(1).

It is ordered October 18, 2013.

Before Chief Justice Jones, Justices Rose and Field